IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENDELL MATTHEWS,<br><br>    Plaintiff,<br><br>vs.<br><br>INV. MONTE MCNEIL, in his official and individual capacities; CITY OF NORTH PLATTE, and JOHN DOE, in his official and individual capacities;<br><br>    Defendants. | 7:16CV5005<br><br>**PROTECTIVE ORDER** |

This matter is before the Court on the parties' Stipulated Motion for Protective Order. (Filing No. 44.) The parties jointly request the entry of a protective order which would impose restrictions upon the use of information produced by Lutheran Family Services of Nebraska, Inc. pursuant to a subpoena duces tecum. The motion is granted.

Accordingly,

**IT IS ORDERED** as follows:

1. The information to be produced in response to the subpoena duces tecum served upon Lutheran Family Services of Nebraska, Inc. shall be used solely for the purpose of preparation and trial of this litigation and for no other purpose, and shall not be disclosed to any person except in accordance with the terms of this Protective Order.

2. The information to be produced in response to the subpoena duces tecum shall be produced only to "Qualified Persons." "Qualified Persons," as used herein, includes:

  a. Attorneys of record for the parties in this litigation and support staff of such attorneys to whom it is necessary that the material be shown for purposes of this litigation;

  b. Actual or potential independent experts or consultants who agree to be bound by the terms of this Protective Order;

  c.  The party or designated party representative (in the case of the City of North Platte) to whom it is necessary that the material be shown for purposes of litigation;

  d.  Any deponent and/or witness in this litigation; provided, however, that any deponent or witness who is shown produced information shall not be provided with copies of the produced information except in the course of a deposition or in the context of meeting with attorneys of record for the parties to this litigation.

  3.  Within 120 days after conclusion of this litigation and any appeal thereof, any document and all reproductions of documents produced by a party in the possession of any Qualified Person shall be returned to Lutheran Family Services of Nebraska, Inc.

Dated this 25th day of October, 2017.

            BY THE COURT:

            s/ Susan M. Bazis
            United States Magistrate Judge